EL PUEBLO, DEMANDANTE Y APELADO, *v.* FIGUERELLA, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Segunda, en causa por infracción de la Ley de Farmacia.

No. 1052.—Resuelto en julio 18, 1916.

INFRACCIÓN DE LA LEY DE FARMACIA—EXPEDICIÓN Y REGISTRO DE LA LICENCIA— FARMACIA.—Sólo después de haberse obtenido la licencia y de haberse registrado ésta en la oficina del inspector general de Sanidad, es que puede ejercerse la profesión de farmacia en Puerto Rico, en cualesquiera de las formas que la ley especifica, sin que sea suficiente el hecho de que el peticionario hubiera pasado satisfactoriamente el examen de las materias exigidas para la obtención del diploma y el envío a la Junta de Farmacia del importe de los derechos correspondientes.

Los hechos están expresados en la opinión. ·
Abogado del apelante: *Sr. Antonio Trujillo Güil.*
Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

Se trata de una infracción a la llamada ley de farmacia. Se acusó a Arturo Figuerella de que en la calle de Méndez Vigo del pueblo del Dorado, maliciosa y voluntariamente posee e ilegalmente representa una botica que lleva su nombre, sin que tenga el certificado que exige la ley para el ejercicio de esa profesión.

No hay duda alguna con respecto a la certeza del hecho que se imputa al acusado, pero éste sostiene que habiendo demostrado en el acto de la vista que había pasado satis-

factoriamente el examen de las materias que la ley requiere para la obtención del diploma de farmacia; y que había enviado a la junta el importe de los derechos exigidos por la misma ley, estaba en condiciones de ejercer su profesión sin esperar a que se cumpliera la formalidad de la entrega de la licencia y su registro en la oficina del inspector general de Sanidad.

No tiene razón el acusado. La ley es clara y terminante. Sólo después de haberse obtenido la licencia y de haberse registrado ésta en la oficina del inspector general de Sanidad, es que puede ejercerse la profesión de farmacia en Puerto Rico, en cualquiera de las formas que la ley especifica. Véase la ley autorizando la organización de una junta de farmacia de 1906, enmendada en 1910, especialmente sus secciones 10, 14, 18, 20 y 21.

En tal virtud se ha cometido por el acusado la infracción que prevé y castiga la sección 21 de la indicada ley, y debe confirmarse la sentencia recurrida que lo condenó por ello a pagar cincuenta pesos de multa y en su defecto un día de cárcel por cada peso que dejare de satisfacer.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.